UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Yanier Hernandez Capote,
Dagoberto Matilla Gutierrez,
Alain Suarez-Arbona,
Amauri Orozco Blanco,
Ariana Fernandez-Velazquez,
Roylan Hodelin Fabars,
Eridanys Amaury Grinan-Venzant,

Case No.: 25-cv-12782

Hon. Judge Shalina Kumar
Mag. Judge Anthony P. Patti

                            Petitioners,

v.

KRISTI NOEM, Secretary, U.S. Department
of Homeland Security; TODD LYONS,
Acting Director, U.S. Immigration and Customs
Enforcement; KEVIN RAYCRAFT, Acting
Field Office Director, Detroit Immigration
and Customs Enforcement; JOSEPH B.
EDLOW, Director, U.S. Citizenship and Immigration
Services, MICHAEL KLINGER  Field Office Director
Detroit U.S. Citizenship and Immigration
Services; PAM BONDI, U.S. Attorney General,
U.S. Department of Justice,
SIRCE E. OWEN, Acting Director of the
Executive Office of Immigration Review, and
ANNA C. LITTLE, Acting EOIR Chief
Immigration Judge,

                            Respondents.
_____/

**ORDER**

The parties have submitted a Joint Stipulation to permit the Petitioner to extend the pages of the Reply Brief to 12 pages of text.

1

WHEREAS:

The Petitioners reply brief page limit shall be extended to 12 pages and shall not exceed that limit. The Petitioners reply brief shall be filed on September 22, 2025.

IT IS SO ORDERED.

Date: September 22, 2025                                       s/Shalina D. Kumar
                                                               Shalina D. Kumar
                                                               U.S. District Judge