UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Yanier Hernandez Capote, et al.,

    Petitioners,

v.

Kristi Noem, Secretary, U.S. Department
of Homeland Security, et al.,

    Respondents.

Civil No. 25-12782

Honorable Shalina D. Kumar
Mag. Judge Anthony P. Patti

## Stipulated Order of Dismissal

By agreement of the parties, through their undersigned counsel, this matter is dismissed without prejudice. The parties will each bear their own costs and attorney fees.

IT IS SO ORDERED.

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge

Dated:  September 26, 2025

**Stipulated and Agreed to By:**

| **Pastor & Associates, P.C.**<br><br>*/s/ Carrie Pastor (w/ consent)*<br>Caridad Pastor (P43551)<br>11 Broadway<br>Suite 1005<br>New York, New York 10004<br>(248) 619-0065<br>*carrie@pastorandassociates.com*<br><br>*Attorneys for Petitioners* | **Jerome F. Gorgon**<br>United States Attorney<br><br>*/s/ Jennifer Newby*<br>Jennifer L. Newby (P68891)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-0295<br>jennifer.newby@usdoj.gov<br><br>*Attorneys for Respondents* |